IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNIVERSAL PROTECTION SERVICE, LP, a California Limited Partnership;<br><br>            Plaintiff,<br><br>        vs.<br><br>KELLY J. WAVADA, an individual; JOEL E. LAUFFER, an individual; LEETTA L. SUHR, an individual; MIKE WEATHERL, AND an individual; and  AGTAC SERVICES, LLC, a Nebraska Limited Liability Corporation;<br><br>            Defendants. | **4:16CV3039**<br><br>**ORDER** |

For the reasons stated on the record,


IT IS ORDERED that Plaintiff's motion for expedited discovery, (Filing No. 23), is denied.


April 15, 2016.

BY THE COURT:

_s/ Cheryl R. Zwart_
United States Magistrate Judge