IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNIVERSAL PROTECTION SERVICE, LP, a California Limited Partnership;<br><br>              Plaintiff,<br><br>    vs.<br><br>KELLY J. WAVADA, an individual; et. al;<br><br>              Defendants. | **4:16CV3039**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED that discovery at this time will be limited to preparation for the preliminary injunction hearing scheduled for September 23, 2016, and shall be conducted as follows:

1. Plaintiff's mandatory disclosure of its damage calculations (see Fed. R. Civ. P. 26(a)(1)(A)(iii)), shall be served on or before August 5, 2016.

2. Written discovery, to include only requests for production of documents and no more than five interrogatories, shall be served on or before July 18, 2016, and

   a) Any objections to the written discovery must be served by July 26, 2016. Objections that are not raised on or before July 26, 2016 will be deemed waived.

   b) Answers or documents produced in response to written discovery shall be served on or before August 11, 2016.

   c) If document(s) produced provide the response to any interrogatory served, the answering party's interrogatory response shall identify those document(s) by Bates number or by other reasonable and specific means.

3. If a discovery dispute arises and the parties' requisite good faith discussions do not resolve that dispute, on or before August 2, 2016, counsel shall contact the chambers of the undersigned magistrate judge to set a prompt hearing and obtain a court ruling.

4. No depositions will be taken until after August 19, 2016, the scheduled date for the parties' settlement conference.

July 7, 2016.
                                                                                                         BY THE COURT:
                                                                                                         *s/ Cheryl R. Zwart*
                                                                                                         United States Magistrate Judge