IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNIVERSAL PROTECTION SERVICE, LP, a California Limited Partnership;<br><br>Plaintiff,<br><br>vs.<br><br>KELLY J. WAVADA, an individual; JOEL E. LAUFFER, an individual; LEETTA L. SUHR, an individual; MIKE WEATHERL, AND an individual; and AGTAC SERVICES, LLC, a Nebraska Limited Liability Corporation;<br><br>Defendants. | 4:16CV3039<br><br>ORDER |

After conferring with counsel, and in accordance with the agreement of the parties,

IT IS ORDERED:

1) Case preparation and progression is stayed pending further order of the court.

2) The parties shall file status reports on November 30, 2016, February 28, 2017, and May 1, 2017. These status reports shall be filed as restricted access documents.

August 20, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge