IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNIVERSAL PROTECTION SERVICE, LP, a California Limited Partnership;<br><br>Plaintiff,<br><br>vs.<br><br>KELLY J. WAVADA, an individual; JOEL E. LAUFFER, an individual; LEETTA L. SUHR, an individual; MIKE WEATHERL, AND an individual; and AGTAC SERVICES, LLC, a Nebraska Limited Liability Corporation;<br><br>Defendants. | 4:16CV3039<br><br>ORDER |

IT IS ORDERED:

1) The Clerk of the United States District Court for the District of Nebraska shall close this case for statistical purposes.

2) To facilitate the court's supervision of the parties' global settlement agreement, the Clerk shall enter the following internal case management deadlines:

   a. November 30, 2016 and February 28, 2017: Deadlines for filing the parties' status reports.

   b. May 1, 2017: Check on whether the case can be fully dismissed and judgment entered in accordance with the parties' settlement agreement.

August 29, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge