IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNIVERSAL PROTECTION SERVICE, LP, a California Limited Partnership,, | 4:16-CV-3039 |
|---|---|
| Plaintiff, | JUDGMENT |
| vs. | |
| KELLY J. WAVADA, et al., | |
| Defendants. | |

Pursuant to the parties' joint Stipulation for Dismissal with Prejudice (filing 106), this matter is dismissed with prejudice, with each party to bear their own costs.

Dated this 11th day of May, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge