IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNIVERSAL PROTECTION SERVICE, LP, a California Limited Partnership; | ) ) ) ) | CASE NO: 4:16cv3039 |
| Plaintiff, | ) ) ) | ORDER TO WITHDRAW EXHIBITS |
| vs. | ) ) ) ) | OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED |
| KELLY J. WAVADA, an individual; JOEL E. LAUFFER, an individual; LEETTA L. SUHR, an individual; MIKE WEATHERL, an individual; and AGTAC SERVICES, LLC, a Nebraska Limited Liability Corporation; | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Defendants' Exhibit Nos. 101-104 from Motion for Temporary Restraining Order hearing held on 3/23/16.

If counsel fail to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 15th day of November, 2017.

s/ John M. Gerrard
United States District Judge