IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNIVERSAL PROTECTION SERVICE, LP, a California Limited Partnership;, <br><br> Plaintiff, <br><br> vs. <br><br> KELLY J. WAVADA, an individual; JOEL E. LAUFFER, an individual; LEETTA L. SUHR, an individual; MIKE WEATHERL, an individual; and AGTAC SERVICES, LLC, a Nebraska Limited Liability Corporation; <br><br> Defendants. | 4:16CV3039 <br><br> **ORDER TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED** |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the plaintiff shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Plaintiff's Exhibits (restricted per JMG) from Motion Hearing held 06/21/2016.

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

Dated this 13th day of August, 2019.

BY THE COURT:

s/ John M. Gerrard
Chief United States District Judge